UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MAX PROVINO,
HELEN PROVINO,

    Plaintiffs

v.

U.S. DOJ,
MERRICK B. GARLAND,

    Defendants

Case No.: 3:24-cv-00530-MMD-CSD

**Order**

Plaintiffs Max Provino and Helen Provino have filed a civil complaint. (ECF No. 1-1.) The Local Rules of Practice for the District of Nevada provide: "Any person who is unable to prepay the fees in a civil case may apply to the court for authority to proceed *in forma pauperis* (IFP). The application must be made on the form provided by the court and must include a financial affidavit disclosing the applicant's income, assets, and liabilities." LSR 1-1.

Max Provino filed an IFP application. (ECF No. 3.) No IFP application has been filed on behalf of Helen Provino.

The Clerk shall **SEND** Plaintiffs a copy of the instructions and application to proceed IFP for a non-prisoner. Plaintiff Helen Provino has **30 days** from the date of this Order to file a completed IFP application **for herself** or pay the full $405 filing fee. If Plaintiffs are granted IFP status, the court will screen the complaint under 28 U.S.C. § 1915(e)(2)(B), which requires dismissal of a complaint, or any portion thereof, that is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief.

If Plaintiff Helen Provino fails to timely file a completed IFP application or pay the filing fee, the court will recommend dismissal of this action without prejudice.

**IT IS SO ORDERED**.

Dated: November 26, 2024

_____
Craig S. Denney
United States Magistrate Judge

2